AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kozinski, Alex | Ninth Circuit Court of Appeals | 06/19/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 125 S. Grand Avenue <br> Suite 200 <br> Pasadena, CA 91105 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. All Limited Partnerships | Reported in Section VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
Jul 5 3 30 PM '06
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/27 | Lewis & Clark College - Lecture Fee | $ 3,850 |
| 2. 3/11 | University of San Diego - Lecture Fee | $ 15,000 |
| 3. 9/21 | Amherst College - Lecture Fee | $ 3,500 |
| 4. 11/3 | Univ. of Connecticut Law School Foundation, Inc. - Lecture Fee | $ 965 |
| 5. 12/1 | CATO Unbound - Honorarium (donated to 501(c)(3)) | $ 1,000 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/1-12-31 | Self-employed as attorney |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Nat'l Association of Criminal Defense Lawyers | Jan 26-29 Travel & Lodging (Aspen, Colorado) |
| 2. Federalist Society | Feb. 24-27 Travel & Lodging (Cambridge, Ma) |
| 3. Lewis & Clark College | Feb. 27-Mar 2 Travel & Lodging (Portland, Or.) |
| 4. Yeshiva University | Mar 5-7 Travel & Lodging (self ■■■ (New York, N.Y.) |
| 5. Federalist Society | Mar 7-8 Travel (New York, N.Y.) |
| 6. Yale University | April 20-23 Travel & Lodging (New Haven, CT) |
| 7. SF Intellectual Property Associates | May 20-22 Travel & Lodging (self ■■■ (Yosemite, CA) |

| | |
| --- | --- |
| 8. Copyright Society | May 24 Travel (San Francisco, CA) |
| 9. Riverside Co. Federal Bar Assoc. | June 17 Travel (Riverside, CA) |
| 10. American Constitution Society | July 28-30 Travel & Lodging (Washington, D.C.) |
| 11. State Bar of California | Sept. 9 Travel (San Diego, CA) |
| 12. Amherst College | Sept. 21-23 Travel & Lodging (Amherst, MA) |
| 13. Southern Methodist Univ. | Oct. 27-28 Travel & Lodging (Dalls, TX) |
| 14. Univ. of Connecticut Law School Foundation, Inc. | Nov. 3-5 Travel & Lodging (Hartford, CT.) |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/19/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮CON EDISON | A | Dividend | K | T | | | | | |
| 2. ▮▮PUGET ENERGY | A | Dividend | J | T | | | | | |
| 3. RMA TAX FREE FUND, INC. | A | Interest | K | T | Sell/Buy | Var | J | | |
| 4. ▮▮LA CO CA CTFS PRTS | A | Interest | | | Sold | 4/01 | J | | |
| 5. ▮▮REF CORP - BONDS | A | Interest | J | T | | | | | |
| 6. ▮▮STRIPS-TINT | A | Interest | | | Sold | 8/15 | J | | |
| 7. ▮▮STRIPS-TINT | A | Interest | | | Sold | 5/15 | J | | |
| 8. ▮▮REF CORP - BONDS | A | Interest | J | T | | | | | |
| 9. ▮▮REF CORP - BONDS | A | Interest | J | T | | | | | |
| 10. ▮▮REF CORP - BONDS | A | Interest | J | T | | | | | |
| 11. ▮▮REF CORP - BONDS | A | Interest | J | T | | | | | |
| 12. ▮▮MERICAN FUNDS CAPITAL INCOME BUILDER FUND | A | Dividend | L | T | | | | | |
| 13. ▮▮SANMINA-SCI | A | Dividend | J | T | | | | | |
| 14. ▮▮STANCORP | A | Interest | J | T | | | | | |
| 15. DREYFUS MUNI MONEY MARKET FUND | E | Interest | N | T | Sell/Buy | Var | J | | |
| 16. ▮▮WILLIAM BLAIR GRWOTH FUND | A | Dividend | J | T | | | | | |
| 17. ▮▮COCA COLA | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▓▓ FIDELITY DEVONSHIRE FUND | A | Dividend | J | T | | | | | |
| 19. ▓▓ FIDELITY EQUITY INCOME FUND | A | Dividend | J | T | | | | | |
| 20. ▓▓ FIDELITY EQUITY INCOME II FUND | A | Dividend | J | T | | | | | |
| 21. ▓▓ FIDELITY LOW PRICED STOCK FUND | A | Dividend | J | T | | | | | |
| 22. ▓▓ SCUDDER GROWTH & INCOME FUND | A | Dividend | J | T | | | | | |
| 23. ▓▓ JANUS WORLDWIDE FUND | A | Dividend | J | T | | | | | |
| 24. ▓▓ LONGLEAF PARTNERS FUND | B | Dividend | J. | T | | | | | |
| 25. ▓▓ MANAGERS INT'L EQUITY FUND | A | Dividend | J | T | | | | | |
| 26. ▓▓ WELLS FAGO FNDS MONTGOMERY EMERGING | A | Dividend | J | T | | | | | |
| 27. ▓▓ WHITE OAK GROWTH FUND | A | Dividend | J | T | | | | | |
| 28. ▓▓ ROYCE PENN MUTUAL FUND | A | Dividend | J | T | | | | | |
| 29. ▓▓ STONG HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 30. ▓▓ TORRAY FUND | A | Dividend | J | T | | | | | |
| 31. INDIVIDUAL RETIREMENT ACCOUTS: | | | | | | | | | |
| 32. ▓▓ AT&T CORP NEW | A | Dividend | J | T | Merger | 10/27 | | | |
| 33. ▓▓ COMCAST | A | Dividend | J | T | | | | | |
| 34. ▓▓ AT&T WIRELESS | A | Dividend | J | T | Merger | 10/27 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/19/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gr value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ████ CHEVRONTEXACO CORP | A | Dividend | J | T | Split | 9/10 | | | |
| 36. ████GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 37. ████DELPHI AUTOMOTIVE | A | Dividend | J | T | | | | | |
| 38. ████ CTF ACCR. TREAS | B | Interest | K | T | | | | | |
| 39. SCHWAB MONEY MARKET FUND | A | Interest | J | T | Buy/Sell | Var | J | | |
| 40. ████SCHWAB S&P 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 41. ████ GOODYEAR TIRE | A | Dividend | J | T | | | | | |
| 42. ████3M | A | Dividend | J | T | | | | | |
| 43. ████ CTF ACCR TREAS | B | Interest | K | T | | | | | |
| 44. ████ SEP. TRDG. REG. | A | Interest | J | T | | | | | |
| 45. SCHWAB MONEY MARKET FUND | A | Interest | J | T | Buy/Sell | Var | J | | |
| 46. ████SCHWAB TOTAL STK MKT-INV | A | Interest | J | T | | | | | |
| 47. ████SPARTAN US EQUITY INDEX | A | Dividend | K | T | | | | | |
| 48. ████DREYFUS SHORT INTERGOVERNMENT | A | Dividend | J | T | | | | | |
| 49. DIRECTV GRP FUND | A | Dividend | K | T | See Pt. VIII | | | | |
| 50. DIRECTV EQUITY FUND | A | Dividend | K | T | See Pt. VIII | | | | |
| 51. NEWS CORP STOCK FUND | A | Dividend | J | T | See Pt. VIII | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | M =$100,001 - $250,000 | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DIRECTV BALANCED FUND | A | Dividend | J | T | See Pt. VIII | | | | |
| 53. DIRECTV FIXED INCOME | A | Dividend | J | T | See Pt. VIII | | | | |
| 54. LIMITED PARTNERSHIPS: | | | | | | | | | |
| 55. (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 56. (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/19/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - These assets were in a TSP Account related to ▮▮▮▮ prior employment and were ommitted by error on previous reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 06/19/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 6/18/06

NOTE: A█████████████████████████████S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIM████████████████S (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544